**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-6271**

———————————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

BRUCE LEE JOHNSON,

                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  C. Weston Houck, Senior District
Judge.  (4:02-cr-00579-CWH-2)

———————————

Submitted:  July 20, 2010          Decided:  August 11, 2010

———————————

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Bruce Lee Johnson, Appellant Pro Se. William E. Day, II, Rose
Mary Sheppard Parham, Assistant United States Attorneys,
Florence, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Lee Johnson appeals the district court's order granting his 18 U.S.C. § 3582(c) (2006) motion. We have reviewed the record and find no reversible error. See Dillon v. United States, 2010 WL 2400109 (U.S. June 17, 2010) (No. 09-6338); United States v. Dunphy, 531 F.3d 247, 250-52 (4th Cir. 2009). Accordingly, we affirm for the reasons stated by the district court. United States v. Johnson, No. 4:02-cr-00579-CWH-2 (D.S.C. Feb. 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED